Catherine Ybarra (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 297-3807
E: *cybarra@sirillp.com*

[Additional Counsel on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

TERRY GAGLEARD and KAREN PICARDI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

Case No. 4:26-cv-05949-KAW

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT**

[4:26-cv-05949]

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Terry Gagleard and Karen Picardi ("Plaintiffs") and Defendant Perplexity AI, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on June 17, 2026, Plaintiffs filed the Class Action Complaint (Dkt. 1);

**WHEREAS**, on June 22, 2026, the Summons was issued as to Defendant (Dkt. 6);

**WHEREAS**, on June 29, 2026, the Summons was served upon Defendant (Dkt. 7);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's response to the Complaint is due no later than July 20, 2026;

**WHEREAS**, Plaintiffs and Defendant have conferred and agreed that a forty-five (45) day extension of Defendant's deadline to respond to the Complaint is warranted to allow Defendant adequate time to review the allegations and prepare an appropriate response, and to facilitate potential discussions between the parties regarding resolution or narrowing of the issues;

**WHEREAS**, this is the first request for an extension of time, and the extension will not alter the date of any event or deadline already fixed by order of the Court.

**ACCORDINGLY**, Plaintiffs and Defendant hereby stipulate that Defendant's time to respond to the Complaint shall be extended by forty-five (45) days beyond the date currently prescribed by the Federal Rules of Civil Procedure, such that Defendant's response shall be due on or before September 3, 2026.

- 1 -                                                          [4:26-cv-05949]

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT

DATED: _July 13, 2026                By:  */s/ Bryan L. Bleichner*

**SIRI & GLIMSTAD LLP**

CATHERINE YBARRA (SBN 283360)
cybarra@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 213.297.3807

SONJAY SINGH*
ssingh@sirillp.com
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Telephone: 212.532.1091

**CHESTNUT CAMBRONNE PA**

BRYAN L. BLEICHNER (SBM 220340)
bbleichner@chestnutcambronne.com
PHILIP J. KRZESKI*
pkrzeski@chestnutcambronne.com
100 Washington Ave S, Suite 1700
Minneapolis, MN 55401
Telephone: 612.339.7300

*pro hac vice admission anticipated*

*Attorneys for Plaintiffs and the Class*

DATED: _July 13, 2026                By:  */s/ Aaron M. Francis*

**PROSKAUER ROSE LLP**

AARON M. FRANCIS (SBN 355686)
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:  310.557.2900
Facsimile:  310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

[4:26-cv-05949]

## **ATTESTATION OF CONCURRENCE**

I am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I, Bryan L. Bleichner, attest that concurrence in the filing of this document has been obtained.

July 13, 2026

By:  */s/ Bryan L. Bleichner*
Bryan L. Bleichner

[4:26-cv-05949]

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 13 day of July, 2026. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and/or U.S. Mail.

By: _/s/ Bryan L. Bleichner_
Bryan L. Bleichner

[4:26-cv-05949]

JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT