**PROSKAUER ROSE LLP**
AARON M. FRANCIS (SBN 355686)
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:   310.557.2900
Facsimile:   310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRY GAGLEARD and KAREN PICARDI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Case No. 3:26-cv-05949-WHO<br><br>**PERPLEXITY AI, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Perplexity AI, Inc., by and through its undersigned counsel, certifies that Perplexity AI Ltd., Perplexity AI doo Belgrade, Perplexity Management Co., LLC, and Perplexity AI G.K. are wholly owned subsidiaries of Perplexity. Defendant Perplexity AI, Inc. further certifies that it is a limited partner of Perplexity F7 Fund I LP. Defendant Perplexity AI, Inc. has no parent corporation and no publicly held corporation owns 10 percent or more of Defendant Perplexity AI, Inc.'s stock.

DATED:  July 16, 2026               By:  /s/ Aaron Francis


**PROSKAUER ROSE LLP**
AARON M. FRANCIS (SBN 355686)
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:   310.557.2900
Facsimile:   310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

- 1 -                                   [3:26-cv-05949-WHO]

PERPLEXITY AI, INC.'S RULE 7.1 DISCLOSURE STATEMENT