**PROSKAUER ROSE LLP**
AARON M. FRANCIS (SBN 355686)
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

[Additional Counsel on ~~Signature~~ Page]

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TERRY GAGLEARD and KAREN PICARDI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

Case No. 3:26-cv-05949-WHO

**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR FURTHER EXTENSION OF TIME FOR DEFENDANT PERPLEXITY AI, INC. TO RESPOND TO COMPLAINT, SETTING BRIEFING SCHEDULE, AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiffs Terry Gagleard and Karen Picardi ("Plaintiffs") and Defendant Perplexity AI, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on June 17, 2026, Plaintiffs filed the Class Action Complaint (Dkt. 1);

**WHEREAS**, on June 29, 2026, the Summons was served upon Defendant (Dkt. 7);

**WHEREAS**, on July 13, 2026, the parties filed a Joint Stipulation for Extension of Time for Defendant to Respond to the Complaint (Dkt. 10), pursuant to which Defendant's deadline to respond to the Complaint was extended by forty-five (45) days, from July 20, 2026 to September 3, 2026;

**WHEREAS**, the parties have conferred and agreed that a further twenty-one (21) day extension of Defendant's deadline to respond to the Complaint, together with a briefing schedule for any anticipated motion response by Defendant, is warranted for the reasons set forth below;

**WHEREAS**, this is the parties' second request for an extension of Defendant's time to respond to the Complaint;

**WHEREAS**, a Joint Case Management Statement is currently due on September 15, 2026, and an Initial Case Management Conference is currently set for September 22, 2026, both of which precede Defendant's extended response deadline, and the parties agree that it would be more productive to hold the conference after the briefing on the motions concludes;

**WHEREAS**, good cause exists for the requested extension, briefing schedule, and adjournment of Initial Case Management Conference because (i) Defendant anticipates filing both a motion to compel arbitration and a motion to dismiss, and the scope of the briefing on those two motions will be more extensive than usual; (ii) counsel has pre-existing commitments over this period, including on other work matters and personal matters (including medical procedures and travel); and (iii) the intervening

Jewish holidays, as set forth in the accompanying Declaration of Aaron M. Francis submitted pursuant to Civil Local Rule 6-2;

**ACCORDINGLY**, Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, as follows:

1. Defendant's deadline to answer, move, or otherwise respond to the Complaint, currently September 3, 2026, shall be extended to September 24, 2026;

2. To the extent Defendant files its anticipated motion to dismiss and motion to compel in response to the Complaint, Plaintiffs shall file any opposition to Defendant's motion(s) on or before October 29, 2026;

3. Defendant shall file any reply in support of its motion(s) on or before November 19, 2026.

4. The deadline to file the Joint Case Management Statement, currently September 15, 2026, and the Initial Case Management Conference, currently set for September 22, 2026, shall be continued to dates on or after Defendant's extended response deadline, to be reset by the Court.

DATED: August 28, 2026

By: */s/ Aaron M. Francis*

**PROSKAUER ROSE LLP**

AARON M. FRANCIS
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

DATED: August 28, 2026

By: */s/ Sonjay Singh*

**SIRI & GLIMSTAD LLP**

CATHERINE YBARRA
cybarra@sirillp.com
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 213.297.3807

SONJAY SINGH
ssingh@sirillp.com
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Telephone: 212.532.1091

**CHESTNUT CAMBRONNE PA**

BRYAN L. BLEICHNER*
bbleichner@chestnutcambronne.com
PHILIP J. KRZESKI*
pkrzeski@chestnutcambronne.com
100 Washington Ave S, Suite 1700
Minneapolis, MN 55401
Telephone: 612.339.7300

*Attorneys for Plaintiffs and the Class*

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The Court, having considered the parties' stipulation and finding good cause, hereby GRANTS the stipulation and ORDERS as follows: (1) Defendant Perplexity AI, Inc. shall answer, move, or otherwise respond to the Complaint on or before September 24, 2026; (2) to the extent Defendant pursues any motion practice in response to the Complaint, Plaintiffs shall file any opposition on or before October 29, 2026; and (4) Defendant shall file any reply on or before November 19, 2026. (5) The deadline to file the Joint Case Management Statement (currently September 15, 2026) and the Initial Case Management Conference (currently September 22, 2026) are hereby CONTINUED **to December 8, 2026 at 2 p.m. via Zoom video conference.**

Dated: August 28, 2026

Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I, Aaron Francis, attest that concurrence in the filing of this document has been obtained.

August 28, 2026

By: *<u>/s/ Aaron M. Francis</u>*
AARON M. FRANCIS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 28th day of August, 2026. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system and/or U.S. Mail.

By: *_/s/ Aaron M. Francis_*
Aaron M. Francis