**PROSKAUER ROSE LLP**
AARON M. FRANCIS (SBN 355686)
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193

BALDASSARE VINTI*
JEFF H. WARSHAFSKY*
bvinti@proskauer.com
jwarshafsky@proskauer.com
Eleven Times Square
New York, NY 10036-8299
Telephone: 212.969.3000
Facsimile: 212 969 2900

*Attorneys for Defendant Perplexity AI, Inc.*
**Pro hac vice forthcoming*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TERRY GAGLEARD and KAREN PICARDI, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PERPLEXITY AI, INC.,

Defendant.

Case No. 3:26-cv-05949-WHO

**[PROPOSED] ORDER GRANTING DEFENDANT PERPLEXITY AI, INC.'S MOTION TO COMPEL ARBITRATION**

Date: December 16, 2026
Time: 2:00 PM
Judge: Honorable William H. Orrick

Trial Date: None Set
Action Filed: June 17, 2026

Defendant Perplexity AI, Inc.'s ("Defendant") Motion to Compel Arbitration came on for hearing before this Court.

Having considered the papers properly submitted to the Court, and such other matters as the Court deemed relevant, and for good cause shown,

**IT IS HEREBY ORDERED**:

1. Defendant Perplexity AI, Inc.'s Motion to Compel Arbitration is **GRANTED**;
2. Plaintiffs are ordered to pursue their claims against Perplexity AI, Inc. in arbitration; and
3. This action with respect to Perplexity AI, Inc. is **STAYED** pending resolution of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated: ____________________ ____________________________

Honorable William H. Orrick
United States District Court