Catherine Ybarra (SBN 283360)
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: 213-297-3807
E: cybarra@sirillp.com

Sonjay Singh (*pro hac vice granted*)
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: (212) 532-1091
E: ssingh@sirillp.com

Bryan L. Bleichner (*pro hac vice anticipated*)
Philip J. Krzeski (*pro hac vice anticipated*)
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
E: bbleichner@chestnutcambronne.com
E: pkrzeski@chestnutcambronne.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **TERRY GAGLEARD** and **KAREN PICARDI**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PERPLEXITY AI, INC.**,<br><br>Defendant. | Case No. 3:26-cv-05949-WHO<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO COMPEL ARBITRATION, AND CONTINUE HEARING DATE** |

Pursuant to Civil Local rule 6-1(b) and 6-2, Plaintiffs Terry Gagleard and Karen Picardi ("Plaintiffs") and Defendant Perplexity AI, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on June 17, 2026, Plaintiffs filed their Class Action Complaint (Dkt. 1);

**WHEREAS**, on July 13, 2026, the parties filed their first Joint Stipulation for Extension of Time for Defendant to Respond to the Complaint (Dkt. 10), pursuant to which Defendant's deadline to respond to the Complaint was extended by forty-five (45) days, from July 20, 2026 to September 3, 2026;

**WHEREAS**, on August 28, 2026, the parties filed their second Joint Stipulation for Extension of Time for Defendant to Respond to the Complaint (Dkt. 20), pursuant to which Defendant's deadline to respond to the Complaint was extended by twenty-one (21) days, from September 3, 2026 to September 24, 2026;

**WHEREAS**, on September 24, 2026, Defendant moved to dismiss Plaintiffs' Class Action Complaint (Dkt. 24) and to Compel Arbitration (Dkt. 25) (collectively, the "Motions");

**WHEREAS**, Plaintiffs' responsive briefs in opposition to Defendant's Motions are currently due on October 29, 2026 (*see* Dkt. 21);

**WHEREAS**, Defendant's Motions are to be heard on December 16, 2026, which precedes the proposed new reply date of December 18, 2026;

**WHEREAS**, the parties have conferred and agreed to extend Plaintiffs' deadline to respond to Defendant's Motions by twenty-one (21) days, from October 29, 2026 to November 19, 2026;

**WHEREAS**, the parties have conferred and agreed to extend Defendant's reply deadline from November 19, 2026 to December 18, 2026;

**WHEREAS**, good cause exists for the requested modification of the briefing schedule because (i) Defendant makes a number of complex legal arguments in its Motions, touching on nuanced issues including arbitrability and interpretation of federal statutory law and (ii) preexisting commitments of counsel for both parties during this period, which includes conflicting dates on other matters and travel, as set forth in the accompanying Declaration of Sonjay Singh submitted pursuant to Civil Local Rule 6-2;

**ACCORDINGLY**, Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate, subject to the approval of the Court, as follows:

1. Plaintiffs' deadline to file any opposition to Defendant's Motions, currently October 29, 2026, shall be extended to November 19, 2026;

2. Defendant's deadline to file any reply in support of its Motions, currently November 19, 2026, shall be extended to December 18, 2026;

3. The hearing date for the Motions, currently December 16, 2026, shall be continued until a date after Defendant's extended reply deadline, to be reset by the Court.

**** Signatures on Following Page ****

DATED: October 5, 2026

By: */s/ Sonjay Singh*

Sonjay C. Singh*
**SIRI & GLIMSTAD LLP**
400 East Pratt Street
8th Floor - #16946751
Baltimore, MD 21202
Tel: (212) 532-1091
E: ssingh@sirillp.com

Bryan L. Bleichner**
Philip J. Krzeski**
**CHESTNUT CAMBRONNE PA**
100 Washington Ave S, Suite 1700
Minneapolis, Minnesota 55401
Telephone: (612) 339-7300
E:bbleichner@chestnutcambronne.com
E: pkrzeski@chestnutcambronne.com

**pro hac vice granted*
***pro hac vice anticipated*

*Attorneys for Plaintiffs and the Class*

DATED: October 5, 2026

By: */s/ Aaron M. Francis*

**PROSKAUER ROSE LLP**
AARON M. FRANCIS
afrancis@proskauer.com
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone: 310.557.2900
Facsimile: 310.557.2193

*Attorney for Defendant Perplexity AI, Inc.*

## ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The Court, having considered the parties' stipulation and finding good cause, hereby GRANTS the stipulation and ORDERS as follows:

(1) Plaintiffs Terry Gagleard and Karen Picardi shall file any opposition to Defendant Perplexity AI, Inc.'s Motion to Dismiss Complaint and to Defendant's Motion to Compel Arbitration on or before November 19, 2026;

(2) Defendant shall file any reply in support of its Motions on or before December 18, 2026; and

(3) the hearing date for the Motions (currently December 16, 2026) is hereby CONTINUED to January 6, 2027.

DATED: October 7, 2026

Hon. William H. Orrick
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3), I, Sonjay Singh, attest that concurrence in the filing of this document has been obtained.

DATED: October 5, 2026 By: */s/ Sonjay Singh*
Sonjay C. Singh